*Percy R. Smith* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Frederic J. Wood* of counsel), for respondent.

*Frank C. Roberts* for Liberty Mutual Insurance Company.

Order affirmed, with costs to respondent Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

STATEN ISLAND EDISON CORPORATION, Appellant, *v.* NEW YORK CITY HOUSING AUTHORITY et al., Respondents.

Argued October 17, 1946; decided November 27, 1946.

*George Foster, Jr.,* and *Edmund B. Naylon* for appellant.

*John J. Bennett, Corporation Counsel* (*Andrew Bellanca* and *Arthur J. Goldsmith* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of COLLEGE POINT WINE & LIQUORS, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued November 13, 1946; decided November 27, 1946.